MCBREEN & SENIOR
David A. Senior (SBN 108579)
dsenior@mcbreensenior.com
Ann K. Tria (SBN 259138)
atria@mcbreensenior.com
1900 Avenue of the Stars
Eleventh Floor
Los Angeles, California 90067
Telephone: (310) 552-5300
Fax: (310) 552-1205

Attorneys for Petitioner
BERKELEY PRODUCTIONS, INC.

FILED
CLERK, U.S. DISTRICT COURT
SEPT 8, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Berkeley Productions, Inc.,<br><br>　　　　Petitioner<br><br>vs.<br><br>Atlantic Restaurant Consultants, LLC, a Tennessee corporation; Atlantic Restaurant Consultants; and Keith Marshall<br><br>　　　　Respondents | Case No. 14-cv-003309-SVW (AJW)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>JS-6 |

　　　WHEREAS, Petitioner Berkeley Productions, Inc. filed a Petition to Confirm Arbitration Award on April 29, 2014;

　　　WHEREAS, default was entered against Respondents on July 28, 2014;

WHEREAS, Petitioner filed an Application for Default Judgment on August 4, 2014;

WHEREAS, the Court upon a showing of good cause, granted the application on  Sept. 8 , 2014;

IT IS HEREBY ADJUDGED AND ORDERED THAT judgment is entered:

1) Confirming the Final Award on Arbitration Proceedings, dated December 1, 2013 ("Final Arbitration Award"), resolving JAMS arbitration No. 1220046598, held before JAMS in Santa Monica, California;

2) Awarding to Petitioner $1,070,000.00 in damages due under the License Agreement, $108,002.26 in interest through November 14, 2013, $64,090.25 in interest through August 6, 2014, and $241.85 per day in interest until the total amount due is paid in full, in accordance with the terms of the Final Arbitration Award;

3) Awarding to Petitioner $330,000.00 in damages due under the Product Integration Agreement, $63,330.00 in interest through November 14, 2013, $19,766.35 in interest through August 6, 2014, and $74.59 per day

/ /

/ /

in interest until the total amount due is paid in full, in accordance with the terms of the Final Arbitration Award.

DATED: ~~August~~ September __8__, 2014

_____
Hon. STEPHEN V. WILSON
United States District Judge